UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANTHONY P. SIBILIA, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) Civil Action No. 05-10096-PBS | |
| JOHN W. SNOW, Secretary of the Treasury | ) | |
|  | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

The United States respectfully requests an extension of time up to, and including, April 27, 2005, to answer or otherwise respond to the plaintiff's Complaint. Counsel for the United States conferred with the plaintiff and the plaintiff assents to the extension of time requested herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

   /s/ Jeffrey M. Cohen
By:   Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
Dated: March 25, 2005   (617) 748-3100

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that I spoke with Anthony Sibilia and he assented to this Motion for Extension of Time.

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on March 25, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

Anthony P. Sibilia
10 Dean Street
Mansfield, MA 02048

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney