UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SIBILIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-10096-PBS<br>JOHN W. SNOW, Secretary of the )<br>Treasury )<br>)<br>Defendant. )<br>) | |

REPORT OF PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, a meeting was held on May 13, 2005, by telephone and was attended by:

    a. Anthony P. Sibilia for the plaintiff;

    b. Jeffrey M. Cohen for defendant John W. Snow.

2. PRE-DISCOVERY DISCLOSURES. The parties will complete initial disclosures, pursuant to Rule 26(a)(1), by June 20, 2005.

3. DISCOVERY PLAN. The parties jointly propose to the Court the following discovery plan:

    a.. The parties recommend that all fact discovery be completed by February 1, 2006. The parties do not expect any expert discovery at this time, but reserve the right to conduct expert discovery at a later time.

    b. The parties agree on a maximum of 25 interrogatories, including all discrete subparts, by each side. Responses due 30 days after service.

   c. The parties agree on a maximum of 50 requests for admission by each party.  Responses due 30 days after service.

   d. The parties agree on a maximum of 10 depositions by each side.

   e. The parties agree that each deposition will be limited to a maximum of 7 hours unless extended by agreement of parties or by leave of the Court.

 4. OTHER ITEMS.

   a. The parties request a pretrial conference in the normal course of scheduling.

   b. The parties agree that the deadline for the parties to amend the pleadings shall be July 31, 2005.

   c. The parties agree that dispositive motions shall be filed by March 1, 2006. Responses are due by March 31, 2006.

   d. The plaintiff does not consent to trial by magistrate.

 5. CERTIFICATIONS

   a. The parties  will file the appropriate certifications pursuant to Local Rule 16.1(D)(3) separately.

| /s/ Jeffrey M. Cohen | /s/ Anthony P. Sibilia |
|---|---|
| Jeffrey M. Cohen | Anthony P. Sibilia |
| Assistant United States Attorney | Plaintiff |
| Counsel for the Defendant | |

Dated:  May 19, 2005