UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SIBILIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-10096-PBS |
| JOHN W. SNOW, Secretary of the Treasury | ) |
| | ) |
| Defendant. | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ Bonnie Edwards |
| Jeffrey M. Cohen | Bonnie Edwards |
| Assistant United States Attorney | Senior Counsel |
| | Office of Chief Counsel |
| | Internal Revenue Service |

Dated:  May 24, 2005