UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Sibilia
Plaintiff,

   V.          Civil Action Number
                 05-10096-PBS

John Snow
Defendant.           June 16, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/1/06

Summary Judgment Motion filing deadline: 3/1/06

Opposition to Summary Judgment Motions: 3/31/06

Hearing on Summary Judgment or Pretrial Conference: 4/17/06 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

                By the Court,

                /s/ Robert C. Alba
                Deputy Clerk