UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY P. SIBILIA,
    Plaintiff

CIVIL ACTION
NO.
05-10096-PBS

v.

JOHN W. SNOW,
SECRETARY OF THE TREASURY,
    Defendant

## MOTION FOR MINI TRIAL

The Honorable Patti B. Saris, United States District Judge

Dear Judge Saris:

As you may or may not be aware, mediation efforts relating to the above identified complaint have been regrettably unsuccessful. During mediation, the ADR Panel member indicated that other ADR programs are potentially available and may be more beneficial in assisting with the resolution/settlement of said matter. I make this motion because as of this date, the agency has not proposed any type of settlement offer, which is disheartening since I have at least made such an effort, in an attempt to resolve this matter in the interest of judicial economy and personal sacrifice. Although the agency has taken a position relative to this matter that would make settlement highly unlikely, I believe this position is misguided. A Mini Trial would enable an impartial third party to hear the matter in question and provide an advisory opinion regarding the merits of the case. This opinion would provide both sides with a catalyst for potential resolution, as I too, am resolve in my position(s). I am willing to incur any reasonable costs associated with a Mini Trial, but would like to add that the primary reason I am proceeding *pro se* is due to financial concerns and as such, if this motion is granted, I would request, if possible, a cost amount that is associated with such a program prior to engaging in same.

Respectfully submitted,

*[signature]*, pro se
Anthony P. Sibilia

Date: 07/14/05

## CERTIFICATE OF SERVICE

I certify that on July 14, 2005, I caused a copy of the foregoing to be served on the Defendant's representative by first class mail, postage pre-paid to:

Jeffrey M. Cohen, Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3100