UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SIBILIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-10096-PBS |
| JOHN W. SNOW, Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR MINI TRIAL**

The defendant, John Snow, submits this Opposition to Plaintiff's Motion for a Mini Trial. Contrary to Plaintiff's inappropriate assertions in his motions, the defendant did propose a reasonable settlement offer to the plaintiff and did mediate in extremely good faith. In effect, the plaintiff seems to believe that if a settlement offer is not to his liking, then it is not a settlement offer at all.

The defendant believes that, at this time, the parties resources are better spent engaging in the discovery process.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                                                           /s/ Jeffrey M. Cohen
                                        By:   Jeffrey M. Cohen
                                                       Assistant U.S. Attorney
                                                       John Joseph Moakley Federal Courthouse
                                                       One Courthouse Way, Suite 9200
                                                       Boston, MA   02210

Dated: August 18, 2005                           (617) 748-3100

## CERTIFICATE OF SERVICE

I certify that on August 18, 2005, I caused a copy of the foregoing to be served on Plaintiff by first class mail, postage pre-paid to:

Anthony P. Sibilia
10 Dean Street
Mansfield, MA 02048

                                                   /s/ Jeffrey M. Cohen
                                                  Jeffrey M. Cohen
                                                  Assistant U.S. Attorney