UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SIBILIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No.: 05-10096-PBS |
| JOHN W. SNOW, Secretary of the Treasury, | ) ) |
| Defendant. | ) ) |

**DEFENDANTS' MOTION FOR RECONSIDERATION AND LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO CEASE AND DESIST AND RESTRAIN**

The defendant, John Snow, submits this Motion for Reconsideration and Leave to File Opposition to plaintiff's Motion to Cease and Desist and Restrain. This Court allowed the plaintiff's motion on August 17, 2005 because the defendant failed to file a timely opposition. The defendant now seeks to have the Court reconsider its order and allow the defendant to oppose the plaintiff's motion. The Court should allow this motion because the plaintiff must file his new claims in the administrative process and cannot circumvent the process by filing an extraordinary motion.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:    /s/ Jeffrey M. Cohen
           Jeffrey M. Cohen
           Assistant U.S. Attorney
           John Joseph Moakley U.S. Courthouse
           1 Courthouse Way, Suite 9200
           Boston, MA 02210
           Tel. No. (617) 748-3100
           Facsimile (617) 748-3969

## CERTIFICATE OF SERVICE

      I certify that on August 18, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

Anthony P. Sibilia
10 Dean Street
Mansfield, MA 02048

          /s/ Jeffrey M. Cohen
        Jeffrey M. Cohen
        Assistant U.S. Attorney