UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY P. SIBILIA,
    Plaintiff

v.

JOHN W. SNOW,
SECRETARY OF THE TREASURY,
    Defendant

CIVIL ACTION
NO.
05-10096-PBS

## MOTION FOR CLARIFICATION

I, Anthony P. Sibilia, *pro se* plaintiff, submit this Motion for Clarification regarding an 'order' presented by this Court. On June 16, 2005, a Scheduling Conference was conducted relative to the above identified civil action ((05-CV-10096-PBS). During the conference, this Court questioned the defendant relative to a settlement offer. In particular, the defendant was asked whether a formal settlement offer was provided to the plaintiff, which was not the case. As a result, this Court instructed the defendant to issue a formal settlement offer to the plaintiff. As of this date, I have not received anything from the defendant pertaining to a settlement offer. I now request whether the order/instruction presented by this Court on 06/16/2005 is still in effect, and if so, will it be time sensitive.

Respectfully submitted,

Anthony P. Sibilia, *pro se*

Date: 09/27/05

## CERTIFICATE OF SERVICE

I certify that on September 27, 2005, I caused a copy of the foregoing Motion to be served on the Defendant's representative by first-class mail, postage prepaid to:

John Joseph Moakley Federal Courthouse
Attn: Jeffrey M. Cohen, Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3100