UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SIBILIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-10096-PBS |
| JOHN W. SNOW, Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION**

The defendant hereby opposes the plaintiff's Motion for Clarification. The defendant has provided the plaintiff with a formal settlement offer, so the plaintiff's motion should be dismissed as moot. However, in an abundance of caution, the defendant has sent a letter dated September 28, 2005 to plaintiff re-iterating its settlement offer.

While the parties are not bound by Local Rule 7.1(A)(2) because plainitff is not "counsel," the defendant would request that the plaintiff confer with the counsel for the defendant prior to filing any future motion in order to provide the defendant the opportunity to state its reasons for its opposition, give its assent, resolve or narrow the issue in the motion. The defendant will reciprocate.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Jeffrey M. Cohen
JEFFREY M. COHEN
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
Dated:  September 28, 2005        (617) 748-3626

## CERTIFICATE OF SERVICE

      I certify that on September 28, 2005, I caused a copy of the foregoing document to be served on Plaintiff by first class mail, postage pre-paid to:

Anthony P. Sibilia
10 Dean Street
Mansfield, MA 02048

                                                /s/ Jeffrey M. Cohen
                                                Jeffrey M. Cohen
                                                Assistant U.S. Attorney