```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                            )
ANTHONY SIBILIA,            )
                            )
     Plaintiff,             )
                            )    C.A. No. 05-10096-PBS
v.                          )
                            )
JOHN W. SNOW,               )
                            )
     Defendant.             )
_____)
```

## SUBSTITUTION OF APPEARANCE

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Jeffrey M. Cohen.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By: /s/ Rayford A. Farquhar
                                Rayford A. Farquhar
                                Assistant U.S. Attorney
                                John J. Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3100

Dated: October 26, 2005

CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2005, the foregoing document was served upon *Pro Se* Plaintiff, by first class mail, postage prepaid to 10 Dean Street, Mansfield, MA 02048.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant U.S. Attorney