UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Sibilia
        Plaintiff,        CIVIL ACTION
                              NO.  05-10096-PBS
    v.

John Snow
        Defendant.

## NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                            December 28, 2005

      The Summary Judgment Motion Hearing / Pretrial Conference previously scheduled for April 17, 2006, has been **rescheduled** to **April 24, 2006, at 2:00 p.m.**

                                            By the Court,


                                             /s/ Robert C. Alba
                                            Deputy Clerk


Copies to:  All Counsel


resched.ntc