```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ANTHONY SIBILIA, PRO SE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN SNOW, SECRETARY OF THE<br>DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-10096-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR A REFERENCE TO MEDIATION

The Pro Se plaintiff, Anthony Sibilia, and the defendant, John Snow, Secretary of the Department of the Treasury, herein file this Joint Motion for a Reference to Mediation in the above referenced case. The parties believe that referencing this case to mediation would be fruitful for the following reasons:

1. Besides this case, the plaintiff has filed two additional cases with the Equal Employment Opportunity Commission;

2. Given that the other two cases are in the EEOC administrative process, the parties jointly believe that a reference to mediation may assist in a global settlement; and

3. To assist in facilitating the mediation, the parties would move this Court to suspend the time period for filing summary judgment motions up to and including one month following the mediation. An opposition to a motion for summary judgment would be due 30 days after

1

the filing of the summary judgment motion.

WHEREFORE, the Pro Se plaintiff and the defendant jointly believe that mediation at this juncture of the case will assist in resolving this case and the cases currently in the EEOC administrative process.

                JOHN SNOW, SECRETARY OF THE
                DEPARTMENT OF THE TREASURY,

                By his attorneys,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:  /s/ Rayford A. Farquhar
             RAYFORD A. FARQUHAR
             Assistant U.S. Attorney
             John J. Moakley U.S. Courthouse
             1 Courthouse Way, Suite 9200
             Boston, MA 02109
             (617) 748-3100

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                Boston, Massachusetts
                          February 28, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Anthony P. Sibilia, Pro Se, 10 Dean Street, Mansfield, MA 02048.

                /s/ Rayford A. Farquhar
                RAYFORD A. FARQUHAR
                Assistant U.S. Attorney

**<u>LOCAL RULE 7.1 CERTIFICATION</u>**

    I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that on Tuesday, February 28, 2006 I had two extensive conversations with the Pro Se litigant, Anthony

Sibilia, and he agreed that a reference to mediation could assist in resolving this case.

>/s/ Rayford A. Farquhar
>Rayford A. Farquhar
>Assistant U.S. Attorney