```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ANTHONY SIBILIA, PRO SE,     ) | |
|                                        ) | |
|    Plaintiff,             ) | |
|    v.                           ) | C.A. No. 05-10096-PBS |
| JOHN SNOW, SECRETARY OF THE   ) DEPARTMENT OF THE TREASURY,   ) | |
|    Defendant.            ) | |

**JOINT MOTION FOR A REFERENCE TO MEDIATION**

The Pro Se plaintiff, Anthony Sibilia, and the defendant, John Snow, Secretary of the Department of the Treasury, herein file this Joint Motion for a Reference to Mediation in the above referenced case. The parties believe that referencing this case to mediation would be fruitful for the following reasons:

1. Besides this case, the plaintiff has filed two additional cases with the Equal Employment Opportunity Commission;

2. Given that the other two cases are in the EEOC administrative process, the parties jointly believe that a reference to mediation may assist in a global settlement; and

3. To assist in facilitating the mediation, the parties would move this Court to suspend the time period for filing summary judgment motions up to and including one month following the mediation. An opposition to a motion for summary judgment would be due 30 days after

1

the filing of the summary judgment motion.

WHEREFORE, the Pro Se plaintiff and the defendant jointly believe that mediation at this juncture of the case will assist in resolving this case and the cases currently in the EEOC administrative process.

                              JOHN SNOW, SECRETARY OF THE
                              DEPARTMENT OF THE TREASURY,

                              By his attorneys,

                              MICHAEL J. SULLIVAN
                              United States Attorney

               By: /s/ Rayford A. Farquhar
                    RAYFORD A. FARQUHAR
                    Assistant U.S. Attorney
                  John J. Moakley U.S. Courthouse
                  1 Courthouse Way, Suite 9200
                  Boston, MA 02109
                  (617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                          Boston, Massachusetts
                                        February 28, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Anthony P. Sibilia, Pro Se, 10 Dean Street, Mansfield, MA 02048.

                                /s/ Rayford A. Farquhar
                                RAYFORD A. FARQUHAR
                                Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that on Tuesday, February 28, 2006 I had two extensive conversations with the Pro Se litigant, Anthony

Sibilia, and he agreed that a reference to mediation could assist in resolving this case.

>/s/ Rayford A. Farquhar
> Rayford A. Farquhar
> Assistant U.S. Attorney