**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Anthony Sibilia

                    Plaintiff

                                                                CIVIL ACTION
          V.                                                    NO. 05-10096-PBS

John Snow

                    Defendant

**ORDER OF REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**


          After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the

ADR program for assignment of the following:


          _____  EARLY NEUTRAL EVALUATION          \_\_X\_\_  MEDIATION: A.S.A.P.

          _____  MINI-TRIAL                                  _____  SUMMARY JURY TRIAL

          _____  SETTLEMENT CONFERENCE            _____  SPECIAL MASTER

          _____  PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


          Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.    If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.



                                                        HON. PATTI B. SARIS
                                                        UNITED STATES DISTRICT JUDGE
                                                        BY: /s/ Robert C. Alba
DATE:  March 2, 2006                                    DEPUTY CLERK



                                        CASE CATEGORY


Admiralty                         \_\_\_\_\_            Antitrust                       \_\_\_\_\_
Civil Rights                      \_\_\_\_\_            Contract                        \_\_\_\_\_
Copyright/Trademark/Patent        \_\_\_\_\_            Environmental                   \_\_\_\_\_
ERISA                             \_\_\_\_\_            FELA                            \_\_\_\_\_
Labor Relations                   \_\_\_\_\_            Medical Malpractice             \_\_\_\_\_
Personal Injury                   \_\_\_\_\_            Product Liability               \_\_\_\_\_
Shareholder Dispute               \_\_\_\_\_
Other                             _____