UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SIBILIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-10096-PBS |
| ) | |
| JOHN SNOW, SECRETARY OF THE ) | |
| DEPARTMENT OF THE TREASURY, ) | |
| ) | |
| Defendant. ) | |

**THE DEFENDANT'S MOTION FOR LEAVE TO FILE HIS MOTION
FOR SUMMARY JUDGMENT ON MONDAY MARCH 6, 2006
<u>INSTEAD OF ON WEDNESDAY MARCH 1, 2006</u>**

John Snow, Secretary of the Department of the Treasury (the "defendant"), hereby moves this Court for Leave to File His Motion for Summary Judgment on Monday March 6, 2006 instead of on Wednesday March 1, 2006. As ground for this Motion the defendant states as follows:

1. On June 16, 2005 the Court set forth a Scheduling Order for the parties to conduct discovery;

2. On October 25, 2005 Assistant U.S. Attorney Rayford A. Farquhar was substituted for Assistant U.S. Jeffrey Cohen;

3. On February 28, 2006, following extensive discussions with Anthony Sibilia, Pro Se, the parties agreed that a reference to mediation would assist in attempting to settle this case, and potentially two others that are pending;

4. The parties jointly requested in their Motion for a

      Reference to Mediation that the briefing schedule for motions for summary judgment be suspended until after the mediation;

5. On March 1, 2006 the Court Allowed the Joint Motion for a Reference to Mediation, but held that the briefing schedule will remain the same;

6. Upon receipt of the Court's Order to keep the same briefing schedule, the defendant has worked diligently to finalize his Motion for Summary Judgment;

7. Under the original Court Order, the plaintiff was to file an opposition by March 31, 2006;

8. The Court has scheduled a pretrial conference on April 17, 2006 at 2:00 p.m.;

9. The defendant submits that this Motion for Leave to file his Motion for Summary Judgment 5 days late will not alter the Court's schedule, and will not prejudice the plaintiff;

10. If the plaintiff requires an additional 5 days to file his opposition to the Motion for Summary Judgment, his opposition would be due on or before April 6, 2006. The date of April 6, 2006 will still leave ample time before the April 17, 2006 Pretrial Conference for the Court to decide how it would like to proceed, prior to the Pretrial Conference, given that the case has been referenced to mediation;

11. The defendant further submits that his Motion for

Summary Judgment was not finalized as of March 1, 2006 due to the parties filing their joint Motion for a Reference to Mediation in an effort to resolve this case without having to file such a motion.

WHEREFORE, based on the arguments herein and that the plaintiff will not be prejudiced by this Motion, the defendant moves this Court for Leave to file his Motion for Summary Judgment on March 6, 2006.

                                    JOHN SNOW, SECRETARY OF THE
                                    DEPARTMENT OF THE TREASURY,

                                    By his attorneys,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:  /s/ Rayford A. Farquhar
                                    RAYFORD A. FARQUHAR
                                    Assistant U.S. Attorney
                                    John J. Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02109
                                    (617) 748-3100

### CERTIFICATE OF SERVICE

Suffolk, ss.                            Boston, Massachusetts
                                        March 6, 2006

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Anthony P. Sibilia, 10 Dean Street, Mansfield, MA 02048.

                                    /s/ Rayford A. Farquhar
                                    RAYFORD A. FARQUHAR
                                    Assistant U.S. Attorney

<u>LOCAL RULE 7.1 CERTIFICATION</u>

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I spoke to Anthony P. Sibilia, Pro Se, regarding the filing of this Motion.

<u>/s/ Rayford A. Farquhar</u>
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
