```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ANTHONY SIBILIA, )<br>    Plaintiff, )<br>    v. )<br>JOHN SNOW, SECRETARY OF THE )<br>DEPARTMENT OF THE TREASURY, )<br>    Defendant. ) | C.A. No. 05-10096-PBS |

**THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

John Snow, Secretary of the Department of the Treasury (the "defendant"), hereby moves this Court to grant his Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. For the reasons set forth in the defendant's attached Memorandum of Law, and Local Rule 56.1 Statement of Material Facts of Record with supporting exhibits, the undisputed material facts show that the defendant is entitled to judgment in his favor.

WHEREFORE, based on the arguments and authorities stated in this Motion, attached Memorandum of Law and Local Rule 56.1 Statement of Material Facts of Record, the defendant moves this Count to grant his Motion for Summary Judgment.

                    JOHN SNOW, SECRETARY OF THE
DEPARTMENT OF THE TREASURY,

                    By his attorneys,

                    MICHAEL J. SULLIVAN
United States Attorney

        By:  /s/ Rayford A .Farquhar
              RAYFORD A. FARQUHAR
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02109
(617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk,  ss.                      Boston, Massachusetts
                                    March 6, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Anthony P. Sibilia, 10 Dean Street, Mansfield, MA 02048.

                                      /s/ Rayford A. Farquhar
                                      RAYFORD A. FARQUHAR
Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I spoke to Anthony P. Sibilia, Pro Se, regarding the filing of this Motion.

                                      /s/ Rayford A. Farquhar
                                      RAYFORD A. FARQUHAR
Assistant U.S. Attorney