UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Sibilia

        Plaintiff,                  CIVIL ACTION
                                           NO.   05-10096-PBS

    v.

John Snow

        Defendant.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                  April 24, 2006

      At the request of the plaintiff, the Summary Judgment Motion Hearing previously scheduled for April 24, 2006, has been **rescheduled** to **May 4, 2006, at 3:15 p.m.**

                                                      By the Court,

                                                      _/s/ Robert C. Alba_
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc