UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Sibilia

        Plaintiff,                      CIVIL ACTION
                                            NO.   05-10096-PBS

    v.

John Snow

        Defendant.

### NOTICE OF FURTHER RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                     April 27, 2006

      The Summary Judgment Motion Hearing previously rescheduled to May 4, 2006, has been **further rescheduled** to **May 3, 2006, at 4:00 p.m.**

                                                                          By the Court,

                                                                         _/s/ Robert C. Alba_
                                                                         Deputy Clerk

Copies to:  All Counsel

resched.ntc