UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Sibilia

        Plaintiff,                    CIVIL ACTION
                                               NO.   05-10096-PBS

     v.

Anthony Snow

        Defendant.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                       May 2, 2006

     The Motion Hearing previously rescheduled to May 3, 2006, has been **further rescheduled** to **May 9, 2006, at 3:30 p.m.**

                                                           By the Court,

                                                           _/s/ Robert C. Alba_
                                                           Deputy Clerk

Copies to:  All Counsel

resched.ntc