UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 17 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY P. SIBILIA,
    Plaintiff

CIVIL ACTION
NO.
05-10096-PBS

v.

JOHN W. SNOW,
SECRETARY OF THE TREASURY,
    Defendant

### Missing EXHIBIT To: SUPPLEMETAL AFFIDAVIT OF ANTHONY P. SIBILIA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

The attached EXHIBIT (not numbered) was intended to be included in the aforementioned document and associated with reference at page 8 paragraph 26. As such, it should be included with the **SUPPLEMETAL AFFIDAVIT** and EXHIBITs filed on May 16, 2006.

Respectfully submitted,

Date: 05/17/2006

Anthony P. Sibilia, *pro se Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on May 17, 2006, I caused a copy of the foregoing to be served on the Defendant's representative by *hand-delivery* to:

Rayford A. Farquhar, Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

1

**Sibilia Anthony P**
___

From:       Lahey Mike P
Sent:       Wednesday, June 09, 1999 10:58 AM
To:         *NER-NED-EMP
Subject:   Grade 13 Announcement

I know that many of you have been anxiously awaiting the announcement of the Grade 13 vacancies in the District. In this message, I will explain why we delayed the announcement and the process we will use to fill the vacancies.

First off, the reason we have delayed announcing the vacancies is simple. We currently have four vacancies, however it is anticipated there will be two or more additional vacancies in January based on projected retirements. Had we announced the four vacancies as a one-time announcement, we would have to go through the entire process again in January to fill the additional positions. By waiting until now, we can establish a six month roster, enabling us to select additional candidates to fill the future vacancies for up to six months. The six month period will begin when we receive the package from personnel. This should be sometime in mid-July, giving us until mid-January to make any additional selections. Thus, by delaying the announcement approximately one month, we saved everyone a lot of hassle in dealing with another announcement in January.

I encourage all eligible grade 12's to apply, even if you feel your chances are not good for the first four positions. If you do not put in, and ten SA's decide to retire by year end, there will not be another opportunity to apply for the additional positions. They will be filled from the six month roster.

The process we will use to fill these positions will be different than what has been done in the past. The packages will be scored and ranked by the Branch Chief and a GM in Connecticut. Once the packages are ranked and returned to the District with the established "Best Qualified" list, those on the BQ will be interviewed. The interview panel will be made up of myself, Gail Kenney, and Bruce Traina. After the interviews are conducted, I will review the packages and consider the interview results in making a recommendation to Fred, who will make the final determination.

One question I am sure will be asked is what degree of importance will the interview serve in the process. My view is the interview will be a small, yet important part of the overall process. It will be an opportunity for the candidate to convince the panel why they should be promoted. It WILL NOT be a "gotcha" type interview and will not be used to eliminate someone from consideration. The quality of work done during the respective period of time will be the most important factor in determining who gets promoted; and the interview should serve to enhance the position of those who have done the best work.

The paperwork was submitted this week and the vacancies should be posted on the COL next week. I wish we had more vacancies - I know we have a lot of people who deserve to be promoted. My promise to you is we will continue to do everything in our power to put the district in position to receive additional grade 13 slots in the future. Good luck to all of you!

Michael Lahey
Branch Chief, NED
(617) 565-1620


EXHIBIT