UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Anthony Sibilia | | |
| | Plaintiff, | CIVIL ACTION |
| | | NO. 05-10096-PBS |
| v. | | |
| John Snow | | |
| | Defendant. | |

### NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                              October 20, 2006

    TAKE NOTICE that the above-entitled case has been set for a Status Conference on **November 28, 2006**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel