UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY P. SIBILIA, )  CIVIL ACTION
    Plaintiff, )  No's.
 ) 05-10096-PBS
v. ) 06-10801-PBS
 )
HENRY PAULSON, JR., )
SECRETARY OF THE UNITED STATES TREASURY, )
    Defendant. )

**MEDIATION MEMORANDUM - REQUEST**

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

Dear JUDGE ALEXANDER,

Pursuant to your notice, a second ADR proceeding pertaining to the above identified matter(s) has been scheduled for March 14, 2007. As you are aware, I have two ongoing Civil matters before this Court (CA No.'s 05-10096 and 06-10801) relative to claims of Discrimination/Retaliation. Additionally, I am in the process of filing a third Complaint regarding similar matters.

As of this date, all settlement negotiations have included 'global' discussions. That is, any type of settlement agreement would be contingent on all EEO related claims being discharged. Accordingly, my Mediation Memorandum, dated March 5, 2007 and attached hereto, addresses all of my Discrimination/Retaliation claims.

Although I am proceeding as a *pro se Plaintiff* relative to the above identified matters, I have informed this Court that I am currently being represented by council relative to recent adverse actions undertaken against me by the Agency. These adverse actions include Suspension and Removal and are hotly disputed. Since any type of 'global' settlement would have to be addressed and reviewed by my council relative to said matters (including current and/or anticipated legal actions), I hereby request the presence of that council at the upcoming ADR proceeding (03/14/2007). I believe that in the interest of judicial economy, my representation relative to the matters in question will best serve to assist, facilitate and more importantly, attain a global settlement relative to all matters.

Respectfully submitted,

Anthony P. Sibilia

Date: March 5, 2007

## CERTIFICATE OF SERVICE

I certify that on March 5, 2007, I sent a copy of the foregoing Memorandum/Request to be served on the Defendant's representative by mail to:

Rayford A. Farquhar, Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3100