**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANTHONY P. SIBILIA
      Plaintiff(s)

V.

JOHN W. SNOW
      Defendant(s)

CIVIL ACTION

NO. 05-CV-10096-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   PATTI B. SARIS

[ ] The above entitled case was reported settled after referral to the ADR Program via telephone, but prior to ADR.

[X] On  3/14/07  I held the following ADR proceeding:

    _____  SCREENING CONFERENCE  _____  EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_\_  MEDIATION  _____  SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL  _____  SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ] Settled. Your clerk should enter a \_\_\_\_ day order of dismissal.

[X] There was progress. A further conference will be scheduled for  April, 2007  unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

  3/14/07                                          /S/ Joyce London Alexander
  DATE                                             ADR Provider

(ADR Report.wpd - 4/12/2000)                                                                           [adrrpt.]