**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANTHONY P. SIBILIA
        Plaintiff(s)

        V.

JOHN W. SNOW
        Defendant(s)

CIVIL ACTION

NO. 05-CV-10096-PBS

**2nd REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   PATTI B. SARIS

[ X ]   Despite multiple attempts at mediation, as well as work by the parties outside the courthouse, the parties not only appear to be at an impasse, but the Government has also requested that mediation be terminated and the various litigations proceed.

[ ]   On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL   _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]   Settled. Your clerk should enter a ____ day order of dismissal.

[ ]   There was progress. A further conference will be scheduled for _____ unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

5/8/07
DATE

/S/ Joyce London Alexander
ADR Provider

(ADR Report.wpd - 4/12/2000)   [adrrpt.]