UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN CLERKS OFFICE

| | | |
|---|---|---|
| ANTHONY P. SIBILIA, | ) <br> ) | CIVIL ACTION NO. |
| Plaintiff, | ) <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. | 05-10096 -PBS <br> 06-10801 |
| v. | ) <br> ) | |
| HENRY PAULSON, JR., <br> SECRETARY OF THE UNITED STATES TREASURY, | ) <br> ) <br> ) | |
| Defendant. | ) | |

'07 JUL -2 P 1: 57

## MOTION FOR A ONE WEEK EXTENSION TO FILE PRE-TRIAL DISCLOSURES

In response to this Honorable Court's scheduling of a Pre-Trial conference date (08/01/2007) concerning the above identified matters, the Plaintiff hereby requests a one week extension to file Pre-Trial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(3). The Plaintiff has recently been removed from his employment (effective 06/21/2007), which has burden the Plaintiff with various time sensitive actions concerning same. The Plaintiff has conferred with opposing Counsel, who does not oppose said extension.

Date: 07/02/2007

Respectfully Submitted,

Anthony Sibilia, *pro se* Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 2, 2007, I caused a copy of the foregoing to be served on the Defendant's representative by hand delivery to:

John Joseph Moakley Federal Courthouse
Attn: Rayford A. Farquhar, Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3100