UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

ANTHONY P. SIBILIA,

    Plaintiff,

    v.                                C.A. No. 05-10096-PBS

HENRY PAULSON, JR.,
    Secretary, Department of Treasury

    Defendant.

## NOTICE OF APPEARANCE

Please enter Attorney Paul Holtzman's appearance for the Plaintiff, Anthony P. Sibilia, and forward all future documents and correspondence in this matter to the undersigned.

                                            ANTHONY P. SIBILIA
                                            By his attorney,

                                            /s/ Paul Holtzman
                                            Paul Holtzman, Esquire
                                            BBO No. 563184
                                            KROKIDAS & BLUESTEIN LLP
                                            600 Atlantic Avenue
                                            Boston, MA 02210
                                            (617) 482-7211

DATE:      July 9, 2007

OFCON\OFCON\205236.1