UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

ANTHONY P. SIBILIA,

    Plaintiff,

      v.                                   C.A. No. 05-10096-PBS

HENRY PAULSON, JR.,
    Secretary, Department of Treasury

    Defendant.

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned respectfully moves for the admission of Michael J. Kator and Cathy A. Harris, of the law firm of Kator, Parks & Weiser, PLLC, 1020 19th Street, NW, Suite 350, Washington, D.C. 20036, (202) 898-4800, for purposes of appearing as co-counsel on behalf of plaintiffs herein, in the above-styled case only.

Mr. Kator certifies that he is familiar with the Local Rules of this Court and that he is a member in good standing of the bars of the District of Columbia, Maryland, and Texas. He further certifies that no disciplinary actions are pending against him in any jurisdiction.

Ms. Harris certifies that she is familiar with the Local Rules of this Court and she is a member in good standing of the bars of the District of Columbia and New York. She also certifies that there are no disciplinary proceedings pending against her in any jurisdiction.

In further support of this motion, it is hereby designated that Paul Holtzman of Krokidas & Bluestein LLP is a member of the bar of this Court and maintains an office in this District for the practice of law. Mr. Holtzman is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.


Dated: July 9, 2007


/s/  Paul Holtzman
Paul Holtzman


Executed under penalty of perjury on this 9th day of July, 2007.


/s/  Paul Holtzman
Paul Holtzman *(BBO #563184)*
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211
(617) 482-7212 (facsimile)
pholtzman@kb-law.com

-2

**CERTIFICATE OF SERVICE**

       I do hereby certify that a copy of the foregoing was mailed, first-class, postage prepaid, on the 9th day of July, 2007 to the following:


Rayford A. Farquhar
United States Attorneys Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Michael J. Kator
(mkator@katorparks. com)
Cathy A. Harris
(charris@katorparks.com)
1020 19th Street, NW
Suite 350
Washington, DC 20036
(202) 898-4800


                          /s/  Paul Holtzman
                          Attorney or Plaintiff

-3

OFCON\OFCON\205233.1