UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY P. SIBILIA,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>HENRY PAULSON, JR.,<br>　　Secretary, Department of Treasury<br><br>　　Defendant. | C.A. Nos.　　05-10096-PBS<br>　　　　　　　　06-10801-PBS<br>　　　　　　　　07-10595-PBS |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 42(b), the above-captioned matters are hereby DISMISSED WITHOUT PREJUDICE. Plaintiff has initiated an administrative appeal of his termination from federal employment and included in that appeal a claim of retaliation under Title VII. Pursuant to 5 U.S.C. §§ 7702(e) and 7703(b)(2), Plaintiff may seek judicial review of his administrative appeal in this Court. Accordingly, it is hereby ORDERED that should Plaintiff timely elect to seek judicial review of his administrative appeal in this Court he may revive the claims contained within the above-captioned matters by so stating those claims in his complaint. IT IS FURTHER ORDERED that should Plaintiff elect not to seek judicial review of his administrative appeal, he may nonetheless revive the claims contained within the above-captioned matters by filing a new complaint in this Court, provided that any such complaint must be filed within the time prescribed for seeking judicial review of his administrative complaint. In either event, should Plaintiff file a new complaint in this Court seeking to reinstate any or all

of the claims contained within the presently pending matters, those claims shall be reinstated as if they had never been dismissed and the government shall have no new defenses that were not available to it upon the original filing of those claims. It is the intent of this Order solely to allow for the efficient and expeditious processing of Plaintiff's various complaints and not in any way to alter either party's substantive claims, rights or defenses. This Order shall be construed accordingly.

                                                 Respectfully submitted,

_____/s_____     _____/s_____
Rayford A. Farquhar                                       Michael J. Kator
rayford.farquhar@usdoj.gov                        (mkator@katorparks.com)
United States Attorneys Office                    Cathy A. Harris
John Joseph Moakley Federal Courthouse    (charris@katorparks.com)
1 Courthouse Way                                           1020 19th Street, NW
Suite 9200                                                      Suite 350
Boston, MA 02210                                     Washington, DC 20036
(617) 748-3100                                            (202) 898-4800

Attorney for Defendant                                   Attorney for Plaintiff

SO ORDERED this _____ day of July, 2007.

                                            _____
                                            UNTIED STATES DISTRICT JUDGE